*Plaintiff(s) Counsel:*

Sol H. Weiss, Esq.
Michael Schafle, Esq.
ANAPOL, SCHWARTZ, WEISS,
COHAN, FELDMAN &
SMALLEY, P.C.
1900 Delancey Place
Philadelphia, PA 1910
(T) 215-735-1160
(F) 215-735-2211

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific No: 06-CV-05019<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| CYNTHIA ESLINGER,<br><br>                    Plaintiff(s),<br><br>v.<br><br>PFIZER INC., ET AL.,<br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, CYNTHIA ESLINGER, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action, only, with prejudice with each side bearing its own attorneys' fees and costs.

DATED: March 16, 2009     By: _____
                              Sol H. Weiss, Esq.
                              Michael Schafle, Esq.
                              ANAPOL, SCHWARTZ, WEISS,
                              COHAN, FELDMAN &
                              SMALLEY, P.C.
                              1900 Delancey Place
                              Philadelphia, PA 1910
                              (T) 215-735-1160
                              (F) 215-735-2211

                              *Counsel for Plaintiff(s).*

DATED: April 15, 2009     By: _____
                              Michelle Sadowsky, Esq.
                              DLA PIPER US LLP
                              1251 Avenue of the Americas
                              New York, New York 10020-1104
                              (T) 212-335-4625
                              (F) 212-884-8675

                              *Defendants' Liaison Counsel.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 23, 2009

Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA